

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Hanyel Leon-Gomez, Appellant

No. 06-18-00144-CR        v.

The State of Texas, Appellee

Appeal from the 158th District Court of Denton County, Texas (Tr. Ct. No. F18-1185-158). Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Hanyel Leon-Gomez, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 13, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk